No. 18,668.

FRANK PIERSON, *Appellant*, v. THE KINGMAN MILLING
COMPANY, *Appellee.*

OPINION DENYING A REHEARING.

Appeal from Kingman district court; PRESTON B.
GILLETT, judge. Opinion denying a rehearing filed
May 9, 1914. (For original opinion of reversal see
91 Kan. 775, 139 Pac. 394. )

*John H. Connaughton*, and *Charles C. Calkin*, both of
Kingman, for the appellant.
*George L. Hay*, *L. F. Walter*, both of Kingman, and
*T. A. Noftzger*, of Wichita, for the appellee.

*Per Curiam:* Upon a full consideration of a petition for a
rehearing the majority of the court remains of the view indi-
cated in the original opinion. The circumstantial evidence is
deemed to warrant an inference that the president and vice
president, as well as the secretary-treasurer, knew of an ar-
rangement regarding the life employment of the plaintiff. The
fact that all the stock was owned by these three officers and by

the wives of two of them, who constituted the two remaining directors, is a circumstance we think must be given weight in determining whether there was any evidence of ratification.

The petition for a rehearing is denied.